

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-13-00869-CR

Michael Rudi **SEEGER**,
Appellant/s

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2146
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief has been GRANTED. Time is extended to July 9, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court